# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 17, 2015

## NO. 03-15-00711-CR

**Frank Joseph, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 299TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
### DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE PEMBERTON

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.